*NO CV-30*
*NO CV-71*

Shianne-Angol
c/o P.O. Box 916
Fullerton, California Republic [92836-0916]
commlawconsultant@yahoo.com

FILED
CLERK, U.S. DISTRICT COURT

NOV 25 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

i, verify, all herein be true…

# 'federal district court'

Of the united States for central district of California

a [wo]man: **Shianne-Angol**,
    The aggrieved party,

_____

**Karen Bass**: Public Servant; a human;
wrongdoer,
                    **and**
**Rob Bonta.**: Public Servant; a human;
wrongdoer,
                    **and**
**Dominic Choi**: Public Servant; a human;
wrongdoer,
                    **and**
**Andrian Gonzalez**: Public Servant; a human;
wrongdoer,
                    **and**
**Johnny Smith**: Public Servant; a human;
wrongdoer,
                    **and**
**Kimberly Felix**: Public Servant; a human;
wrongdoer,
                    **and**
**Hernandez**: Public Servant; a human;
wrongdoer
                    **and**
**Connolly**: Public Servant; a human;
wrongdoer
                    **and**
**STATE OF CALIFORNIA**
            Wrongdoer/Plaintiff,
                    **and**
Others Wrongdoers: Public Servants;
State Employees; State Actors; humans;

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*8:24CV02615-JAK-PD*

**declaration of wrongs:**

**Trespass, Robbery, Assault and battery,
False Arrest, Kidnap, False Imprisonment,
unlawful restraint of liberty, and bad faith**

**cf:** Thompson v. Smith 155 Va 367 (Va 1930)
**cf:** City of Dayton v. DeBrosse 62 Ohio App. 232 (Ohio Ct. App. 1939)
**cf:** Campbell v. State 274 S.W..2d 401 (Tex. Crim. App. 1955)
**cf:** Hassell v. State 149 Tex. Crim. 333 (Tex. Crim. App. 1946)
**cf:** Bowers v. DeVito 686 F.2d 616 (7th Cir. 1982)
**cf:** City of Chicago v. Collins 175 Ill. 445 (Ill. 1898)
**cf:** 18 U.S. Code § 242
**cf:** 42 U.S. Code § 1983
**cf:** 42 U.S. Code § 1985
**cf:** 18 U.S. Code § 241

"trial by jury."
court of record: magistrate;
U.S. Const. Art. VI, cl 3
The bill of rights of united States of America Constitution, Articles" VII; IX;
**The California Constitution of 1849: Article 1, §§ 1; 2; 21.**

## Prologue

When i, had been aware of this initial wrongful act, i gave fair-warning to all of the

wrongdoers to cease and desist, and to move on their own volition to "right their wrongs", as

it was and remains to this day a direct cause of the detriment of i, a [wo]man; Shianne Angol

All of my "good-faith" efforts, wishes and demands to settle the matters of controversy on

the private-side, have been met by way of, answers made in "bad faith", dishonor, and/or by

silence, i, now present and move my case into this venue, to have my suit tried on before and

by a jury, for the judges (the jury) to render its verdict based upon the merits of my case;

It should go without saying, that there has occurred grievous harm, by a man and/or

[wo]man, and injury to my person simply by the fact that once the powers that be, were made

aware of the wrongs and choose not to right the wrongs of their subordinates, has resulted in

a divers and sundry of additional wrongs, which i, reserve the right to follow through with

any, and/or, all other Independent Stand-Alone Causes of Actions, which i, may be made of

in the future;

### JURISDICTION AND VENUE

**1.** Shianne Angol by special appearance to this matter at this court of record with clean

hands, without prejudice and with all rights reserved in dealing with this court, **in pro per,**

**sui juris (NOT PRO SE).**

**2.** This action arises under the united States of America Constitution and federal law, particularly under the provisions of the Fourth and Fourteenth Amendments to the Constitution of the united States of America, and claims under 42 U.S.C. §§ 1983 and 1988.

**3.** This action seeks redress for violations of the civil rights laws of the united States of America, and jurisdiction is therefore invoked pursuant to 42 U.S.C. § 1983.

**4.** The claims made in this Notice occurred and arose in the State of California, in this District, and in the Central Division of this Court. Venue is therefore proper under 28 U.S.C. § 1391 and 28 U.S.C. § 1331.

**5.** The [wo]man Shianne Angol which is the Aggrieved party is seeking damages under federal law pursuant to the claims for relief specified below, in amounts to be proved at trial.

**6.** This Court has authority to award costs and attorney fees pursuant to 42 U.S.C. § 1988.

**7.** This Court also has jurisdiction over any pendent State claims the [wo]man Shianne Angol which is the Aggrieved party may wish to bring, or has brought, pursuant to 28 U.S.C. § 1367. Among the pendent claims may be a claim for violation of the California State Constitution.

## COUNT I

### Violation of the Fourth Amendment - Trespass

**8.** By approaching the [wo]man Shianne Angol which is the Aggrieved party on June 2, 2021 without probable cause, in order to check the identity of the [wo]man Shianne Angol which is the Aggrieved party, under color of law Wrongdoer's, the man Hernandez and the man Connolly violated the [wo]man Shianne Angol Fourth Amendment right to be free from unreasonable searches and seizures.

**9.** This count is against the Wrongdoer's Hernandez and the man Connolly on behalf of the

aggrieved party Shianne Angol

**10.** The aggrieved party Shianne Angol rights according to the Fourth and Fourteenth Amendments are enforceable under 42 U.S.C. § 1983

**11.** Hernandez, Connolly, and/or other unknown man and [wo]man acting as officers' use of force in assaulting Shianne Angol and pulled her out of her property[automobile] and slammed her to the ground was objectively unreasonable under the circumstances.

**12.** The Wrongdoer's actions were undertaken within the scope of their employment, while on duty, and under color of law.

**13.** As a result of the unjustified and excessive use of force by the Wrongdoer's, the aggrieved party have suffered physical and emotional injuries.

**14.** The City's failure to adequately train, supervise, and discipline its man and/or [wo]man acting as officers for their use of excessive force caused the Wrongdoer's to use excessive force against the aggrieved party because the officers believed that they would not be investigated or punished for doing so.

**15.** Further, the City of Los Angeles is also liable because the 77th Street Community Police Department routinely carries out these unlawful acts as a matter of practice.

WHEREFORE, the aggrieved party pray that this Court enter judgment in her favor and against the Wrongdoer's, and award damages as follows:

A.     Compensatory damages;

B.     Punitive damages as allowed by law;

C.     Reasonable attorneys' fees, costs, and litigation expenses; and

D.     Any other relief this Court deems just and appropriate.

## COUNT II

### Violation of the Fourth Amendment – Excessive Force

**16.** By approaching the [wo]man Shianne Angol which is the Aggrieved party on private property on June 2, 2021, who was NOT engage in COMMERCE *(Commerce refers generally to the activity of exchanging products, goods, and services for financial gain.)* and without a crime being committed, under color of law Wrongdoer's, the man Hernandez and the man Connolly coerce the [wo]man Shianne Angol which is the Aggrieved party out of her property [automobile]. The [wo]man Shianne Angol was not engaged in any traffic (traffic,n.1. Commerce; trade; the sale or exchange of such things as merchandise, bills, and money. 2. The passing or exchange of goods or commodities from one person to another for an equivalent in goods or money.) stop.

**17.** The City of Los Angeles is liable for this misconduct because the Police, a final policymaker, personally participated in it.

**18.** Further, the City of Los Angeles is also liable because the 77th Street Community Police Department routinely carries out these unlawful acts as a matter of practice.

## COUNT III

### Violation of the Fourth Amendment -False Arrest

**19.** By arresting the [wo]man Shianne Angol which is the Aggrieved party on June 2, 2021, without probable cause and based on a facially invalid warrant, and affidavit under color of law Hernandez and Connolly all violated the Aggrieved party Fifth Amendment which "due process of law" be part of any proceeding that denies a citizen "life, liberty or property" .

**20.** Hernandez is also liable for the misconduct because he conspired with Connolly to arrest the Aggrieved party.

**21.** The City of Los Angeles is liable for this misconduct because the Police, a final policymaker, personally participated in it through the aforesaid conspiracy.

**22.** Further, the City of Los Angeles is also liable because it employs a defective judicial commissioner who is neither competent, nor neutral and detached, all in deliberate indifference to the rights of the criminally accused within Los Angeles County.

**23.** This count is against the Wrongdoer's on behalf of aggrieved party Shianne Angol

**24.** According to the Fourth and Fourteenth Amendments to the united States of America Constitution, Shianne Angol has a right to be free from arrest without probable cause.

**25.** The aggrieved party rights according to the Fourth and Fourteenth Amendments are enforceable under 42 U.S.C. § 1983.

**26.** The Wrongdoer's had no probable cause to believe that Shianne Angol was committing or had committed a crime at the time they placed her under arrest.

**27.** The Wrongdoer's actions were undertaken within the scope of their employment, while on duty, and under color of law.

**28.** As a result of her arrest and detention without probable cause by the Wrongdoer's, Shianne Angol has suffered physical, emotional, and financial injuries.

WHEREFORE, the aggrieved party pray that this Court enter judgment in her favor and against the Wrongdoer's, and award damages as follows:

      A.    Compensatory damages;

      B.    Punitive damages as allowed by law;

      C.    Reasonable attorneys' fees, costs, and litigation expenses; and

      D.    Any other relief this Court deems just and appropriate.

## COUNT IV

### State Law Assault and Battery

**29.** This count is against all Wrongdoer's on behalf of the aggrieved party.

**30.** The actions of the Wrongdoer's created a reasonable apprehension of imminent harm by and constituted harmful or offensive contact with the aggrieved party.

**31.** The actions of the individual defendants were objectively unreasonable under the circumstances and were undertaken intentionally with malice, willfulness, and reckless indifference to the rights and safety of Plaintiffs.

**32.** The actions of the Wrongdoer's were undertaken within the scope of their employment with the City of Los Angeles.

**33.** The City of Los Angeles is liable as principal for all torts committed by its agents.

**34.** As a result of the actions of the Wrongdoer's, Aggrieved party have sustained physical and emotional injuries.

WHEREFORE, the aggrieved party pray that this Court enter judgment in her favor and against the Wrongdoer's, and award damages as follows:

      A.      Compensatory damages;

      B.      Punitive damages as allowed by law;

      C.      Reasonable attorneys' fees, costs, and litigation expenses; and

      D.      Any other relief this Court deems just and appropriate.

## COUNT V

### State Law False Arrest / False Imprisonment

**35.** This count is pled against all Wrongdoer's on behalf of Plaintiff Jamal Jones.

**36.** The Wrongdoer's did not have probable cause to believe that Shianne Angol was

committing or had committed any crime.

**37.** The Wrongdoer's caused Shianne Angol to be arrested and imprisoned without probable cause or legal justification.

**38.** The actions of the Wrongdoer's were objectively unreasonable under the circumstances and were undertaken intentionally with malice, willfulness, and reckless indifference to the rights of Shianne Angol.

**39.** The actions of the Wrongdoer's were undertaken within the scope of their employment with the City of Los Angeles.

**40.** The City of Los Angeles is liable as principal for all torts committed by its agents.

**41.** As a result of the actions by the Wrongdoer's, Shianne Angol has sustained physical, emotional injuries, and financial injuries.

WHEREFORE, the aggrieved party pray that this Court enter judgment in her favor and against the Wrongdoer's, and award damages as follows:

      A.     Compensatory damages;

      B.     Punitive damages as allowed by law;

      C.     Reasonable attorneys' fees, costs, and litigation expenses; and

      D.     Any other relief this Court deems just and appropriate.

## COUNT VI

### State Law Intentional Infliction of Emotional Distress

**42.** This count is against all Wrongdoer's on behalf of the Aggrieved party.

**43.** The Wrongdoer's actions were objectively extreme and outrageous under the circumstances.

**44.** The Wrongdoer's actions were taken intentionally with malice, willfulness, and

reckless indifference to the rights and safety of Shianne Angol.

**45.** The actions of the Wrongdoer's were undertaken within the scope of their employment

with the City of Los Angeles.

**46.** The City of Los Angeles is liable as principal for all torts committed by its agents.

**47.** As a result of the actions of the Wrongdoer's, the Aggrieved party have sustained

severe emotional injuries.

WHEREFORE, the aggrieved party pray that this Court enter judgment in her favor and

against the Wrongdoer's, and award damages as follows:

A.    Compensatory damages;

B.    Punitive damages as allowed by law;

C.    Reasonable attorneys' fees, costs, and litigation expenses; and

D.    Any other relief this Court deems just and appropriate.

### TRIAL BY JURY DEMAND

The [wo]man Shianne Angol which is the Aggrieved party demands a trial by jury on all

issues in this case

### PRAYER FOR RELIEF

WHEREFORE, the [wo]man Shianne Angol which is the Aggrieved party asks for the

following:

i) Nominal/compensatory damages of **$50,000,000**,

ii) Punitive damages above that amount,

iii) Any further relief that the Court deems appropriate

**WITNESSES**

We hereby testify that on this _29_ day of _October_____, 2024 A.D., a [wo]man,
known to us to be **Shianne-Angol,** not lost beyond the sea, but walks among us upon the land
and appeared before us to attest and affirm that she is the [wo]man executing the foregoing
document titled, "**DECLARATION OF WRONGS.**"

as woman, _Jacquelynn Green_                as man _Bleuze Angol_

Los Angeles, California Republic              Los Angeles, California Republic


**Karen Bass -** Mayor of City of Los Angeles
200 N. Spring St.
Los Angeles, CA 90012

**Rob Bonta -** State of California Attorney General
1300 "I" Street
Sacramento, CA 95814

**Dominic Choi -** Chief of Police City of Los Angeles
100 West First Street, Suite 1072
Los Angeles, CA 90012

**Andrian Gonzalez -** Captain III 77th Street Community Police Station
7600 S. Broadway
Los Angeles, CA 90003

**Johnny Smith -** Captain II 77th Street Community Police Station
7600 S. Broadway
Los Angeles, CA 90003

**Kimberly Felix -** Sergeant in charge 77th Street Community Police Station
7600 S. Broadway
Los Angeles, CA 90003

**Hernandez** – Peace Officer 77th Street Community Police Station
7600 S. Broadway
Los Angeles, CA 90003

**Connolly** – Peace Officer 77th Street Community Police Station
7600 S. Broadway
Los Angeles, CA 90003


Certified Mail # 9589 0710 5270 0288 6519 46

Exhibit A

Incident # 2112-13264

**AFFIDAVIT OF TRUTH & FACT**

On June 2, 2021 on or about 6pm, the man jayden and i [wo]man (shianne) begin to wash our clothes. We finished washing and drying on or about 7:30pm. After i, [wo]man shianne finished loading my clothes into the back seat of my property [automobile] i sat down inside the front seat of my property [automobile] and started watching TikTok videos on my phone, while the man, jayden continued to load his clothes into the trunk of my property [automobile]. As the man, jayden approached the guess side of my property [automobile], the man Hernandez acting as Officer of the 77th St. Division Police Department and his partner who refused to give me his name, pulled into the parking structure of a private property, where Spin Town Laundry is located at 2151 W. Florence Ave., Los Angeles, CA 90047 and proceed to  block my property [automobile] & pointing at the man, jayden *(remember the owner of the property did not called nor did the LAPD had permission from the property owner)*.  the man Hernandez acting as Officer of the 77th St. Division Police Department then approached the guess side of my property [automobile] asking the man, jayden for his name, i then responded "what is the problem sir" the man Hernandez acting as Officer of the 77th St. Division Police Department allegedly claimed "jayden littered on the ground" *(this is the tactic they used, Fishing). (Keep in Mind this is a private property and no crime has been committed)* i asked the man Hernandez acting as Officer of the 77th St. Division Police Department if he would talk to me on my side of my property [automobile]. When he approached i then began to show officer Hernandez the mask he claimed was littered on the ground. i asked officer Hernandez can i leave? Officer Hernandez responded "no" i responded "am i under arrest?" officer Hernandez responded "no" i responded "what crime have you suspected me of?" officer Hernandez responded "you are being detained show me your driver license" *( cf: Hassell v. State 149 Tex. Crim. 333 (Tex. Crim. App. 1946) - Drivers' License Act — Information. Information alleging that defendant operated a motor vehicle upon public highway without a "driver's license" charged no offense under Drivers' License Act, since a driver's license is not known to the law because the act only authorizes issuance of operators', commercial operators', and chauffeurs' license and use of term "driver" interchangeably with term "operator" would not be authorized in view of definition in the act of term driver as meaning every person who drives or is in actual physical possession of a vehicle. There being no such license as a "driver's license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a public highway without such a license, charges no offense.)* i responded "i'm not showing you my driver license because you haven't told me why i was being detained" *(cf: Campbell v. State 274 S.W.2d 401 (Tex. Crim. App. 1955) - appellant drove his pick-up truck upon a public highway in Panola County, on the date alleged, and that he drove said motor vehicle while his driver's license was suspended. 402 *402 This proof is insufficient to sustain the allegations of the offense charged in the information because a driver's license is not an operator's license. We have held that there is no such license as a driver's license known to our law.)* Officer Hernandez began to say "this is a simple **traffic** stop *(traffic.n.l. Commerce; trade; the sale or exchange of such things as merchandise, bills, and money. 2. The passing or exchange of goods or commodities from one person to another for an equivalent in goods or money.)* just show me your license" i responded "how is this a 'simple' traffic stop if when you approached my property [automobile], it was in park and my feet were on the seat, what did i do that was illegal and/or unlawful? Officer Hernandez responded "your windows are to **tinted** *"[do you or the state of California has invested interest of my Property [automobile] (this is the tactic they used, Fishing)* i responded "but my windows are down" officer Hernandez responded "there are no **plates** on the car" *"[do you or the state of California has invested interest of my Property [automobile] (this is the tactic they used, Fishing)* i responded "can you call your sergeant?" minutes went by and a back up police car pulled up behind my property [automobile] blocking me in. A few seconds later officer Connoly responded "i'm and assistant officer, show me your license" i responded "i asked for your sergeant". Officer Connolly insisted i step out of the car. i responded "can you call your sergeant?". Officer Connolly turned around and walked back towards his car. Approximately 10

minutes went by and other police cars and the "sergeant" arrived and i asked "can you approach my property [automobile] so i can speak with you" The sergeant responded "no step out of the car" i responded "i don't feel safe stepping out of my property [automobile] there's too many guns pointed at me· (cf: Cruden v. Neale 2 N.C. 338 (N.C. Super. 1796) - *There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent*) Several men and/or [wo]man that was acting as officers of 77th Division LAPD then began to say "step out of the car or we will have to forcefully remove you" i responded" why? What crime have i committed? What crime do you suspect me of? (cf: City of Chicago v. Collins 175 Ill. 445 (Ill. 1898) - *a license may be exacted for vehicles used in the transportation of goods and merchandise, or of passengers, or for other purposes of traffic; but no reason exists why it should be applied to the owners of private vehicles used for their individual use exclusively, in their own business, or for their own pleasure, as a means of locomotion. - Anything which cannot be enjoyed without legal authority would be a mere privilege, which is generally evidenced by a license. The use of the public streets of a city is not a privilege, but a right. - A license, therefore, implying a privilege, cannot possibly exist with reference to something which is a right, free and open to all, as is the right of the citizen to ride and drive over the streets of the city without charge and without toll, provided he does so in a reasonable manner. That such a right exists in Chicago is recognized in Smith v. McDowell, 148 Ill. 51, where it was said relative to the streets of a city (p. 63)*) 10 minutes went by and about 4 or 5 man and/or [wo]man acting as officers of the 77th Division LAPD opened the door of my property [automobile] without my consent and started pulling on my arms, neck, legs, and clothing *(abuse of power & assault and battery & intent to kidnap)*. After they dragged me out of my property [automobile], they slammed me on the floor which caused my chin to start bleeding *(abuse of power & assault and battery)*. Then the man, Connolly acting as 77th Division LAPD felt the need to start twisting my body every which way and pressing his knees down hard as hell into different parts of my body as well as other man and/or [wo]man acting as 77th Division LAPD officers *(intent to inflict Great Bodily Injury)*. i repeatedly screamed "y'all are hurting me". The man and/or [wo]man acting as Officers from the 77th Division LAPD then tied my feet on top of each other and put their cuffs tight around my wrist, *(Violation of Oath of Office & 8th Amendment)* then four man and/or [wo]man acting as officers of the 77th Division LAPD then carried me by my arms and legs to the police car and insisted i stand up straight, which was impossible because my feet were tied on top of each other. i then started screaming towards my brother soney telling him what happened. The man and/or [wo]man acting as sergeant of the 77th Division LAPD then yelled in my face "sit down" i responded" i can't my feet are tied on top of each other". One of the man and/or [wo]man acting as officer of the 77th Division LAPD started pushing me into the back seat of the police car  but the way my legs were tied up i wasn't able to properly sit, so the man, Connolly acting as officer of the 77th Division LAPD racist angry ass decided to go around the other side of the police back seat and starting pulling my arms aggressively as they were handcuff behind my back i repeatedly said "your hurting me" then he snatched me into the back seat and rolled the windows up. i rolled them down because it was very hot and stuffy inside there. He then spoke out loud and said "she keeps fucking rolling the windows down" then he rolled them back up. i said it's hard to breathe in here" and rolled the windows back down. An black [wo]man acting as officer of the 77th Division LAPD then approached the car and asked" can you step out of the car so i can search you" i responded" yes but my legs are tied up tight" she helped me out the back seat of the police car and began to pat me down while the man, Connolly acting as officer of the 77th Division LAPD held my right arm tight like if he was trying to pop a balloon, after she was done she started asking for my name, age, home address etc. the black [wo]man acting as officer of the 77th Division LAPD then said "i'll be right back" Once she walked away i looked over at the man, Connolly acting as officer of the 77th Division LAPD and said "by the way your holding my arms i could tell you were the man, Connolly acting as officer of the 77th Division LAPD who slammed me onto the ground and was twisting my arms and legs everywhere" he responded with a smirk on his face "your right that was me" and then proceeded to push me into the back

seat of the police car. The black [wo]man acting as officer of the 77th Division LAPD came back to the car and she and her partner got in and drove me to the police station. The whole time i was being thrown into handcuffs and into the back seat of the car even while sitting there just waiting to leave, not a single officer out there read me my rights. Once we arrived at the police station, the black [wo]man acting as officer of the 77th Division LAPD had me face a wall then she walked off, and came back with a different man and/or [wo]man acting as sergeant of the 77th division LAPD. This man and/or [wo]man acting as sergeant of the 77th division LAPD asked me" do you know why you're here?" i responded "no not a single man and/or [wo]man acting as officers of the 77th Division LAPD out there told me what i was allegedly arrest for" he then looked at the black [wo]man acting as officer of the 77th Division LAPD, and she said "sir i wasn't there, all i know is that she was resisting to get out of here property [automobile]". The black [wo]man acting as officer of the 77th Division LAPD then walked me to this holding room made out of metal which i sat in for about an hour. i asked the black [wo]man acting as officer of the 77th Division LAPD "when can i go home"". 45 minutes went by and a man acting as officer of the 77th Division LAPD came and got me and brought me to an interrogation room. The man acting as officer of the 77th Division LAPD asked me to sit down. He placed a pen and paper on the table in front of him and began to read me my rights. After he was finished, he asked "what happen" i sat there and silence he then said the faster we get through with this, you can go home i responded" i have nothing to say" he responded "okay, stand up and put your hands behind your back" he began to walk me back towards the holding cell. About 30 minutes went by and the black [wo]man acting as officer of the 77th Division LAPD came back and asked me to stand up and turn around, she then handcuffed me and walked me down a flight of stairs, through some hallways and a garage which led us to what i'm guessing is the basement part of the jail. The black [wo]man acting as officer of the 77th Division LAPD then started filling out paper work and walked me through some doors. Once we got inside, she asked me to turn around and sit down while she started disclosing information with another [wo]man acting as officer of the 77th Division LAPD. Several minutes went by and the black [wo]man acting as officer of the 77th Division LAPD asked me to follow her into the nurse's room. The nurse started asking me covid questions then began to start cleaning up the blood on my chin applying Neosporin and a band-aid. After she was finished the black [wo]man acting as officer of the 77th Division LAPD then walked me back out through a metal detector. A Hispanic [wo]man acting as Officer of the 77th Division LAPD gave me a pink paper and then walked me through these brick walls holding cells. i sat there with two other [wo]men for about 20 minutes, and a man acting as officer of the 77th Division LAPD came and got me. We took about fifteen steps then he had me stand on the two footprints and started scanning my upper palm, lower palm, 4 fingers, and thumbs, all separately after he had me take some ugly mugshot pictures then walked me back to the holding cell. Ten minutes went by and the same Hispanic [wo]man acting as Officer of the 77th Division LAPD who gave me the pick paper came and walked me and a few other [wo]men up a flight of stairs and handed me a bed sheet, a blanket and put me in a room with five other girls. Hours went by, around three in the morning an elderly black [wo]man acting as officer of the 77th Division LAPD and a middle-aged man acting as officer of the 77th Division LAPD came to my cell shouting my name. They asked me to follow them to these metal tables. The man acting as officer of the 77th Division LAPD said "i'm going to swab the side of your mouth and under your tongue for saliva" i responded "what going to happen if i refuse to do it" he responded "where going to have to forcefully do it" i responded "there's a lot of forcefully active going on" he then chuckled and grabbed this cotton stick swab with a wood

handle and got some saliva out my mouth. When he was finished the [wo]man officer acting as officer of the 77th Division LAPD put me back in the room and left. Later that morning the elderly [wo]man officer acting as officer of the 77th Division LAPD brought breakfast, several hours went by and another [wo]man officer acting as officer of the 77th Division LAPD came and started asking me some questions while she filled out this paperwork for court. About three hours went by and a [wo]man officer acting as officer of the 77th Division LAPD woke me up out of my sleep telling me to get my things. i'm going home.

## CONSLUSION

It is reasonable to assume that these judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on rights belonging to the people. There is no question that a citation/ticket issued by a police officer, for no driver's license, no vehicle registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty — and is, indeed, "converting a right into a crime."

A corporate entity, whether it be a city, state, or U.S. Government, cannot testify as an injured party, thus cannot be cross-examined. As an individual, one can speak for a corporation, but cannot be an injured party. If the aggrieved party is to be subject to the alleged "criminal acts" it is concluded that no act was in fact broken.

cf: **Cruden v. Neale** 2 N.C. 338 (N.C. Super. 1796)
*There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent*

cf: **Thompson v. Smith** 155 Va. 367 (Va. 1930)
*STREETS AND HIGHWAYS — Right of Citizen to Travel and Transport Property — Use of Ordinary Vehicles. — The right of a citizen to travel upon the public highways and to transport his property thereon in the ordinary course of life and business is a common right which he has under his right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right in so doing to use the ordinary and usual conveyances of the day. This right is not a mere privilege which a city may permit or prohibit at will.*

cf: **Robin v. Hardaway (1772)**
*"Now all acts of legislature apparently contrary to natural right and justice, are, in our laws, and must be in the nature of things, considered as void. The laws of nature are the laws of God; whose authority can be superseded by no power on earth. A legislature must not obstruct our obedience to him from whose punishments they cannot protect us. All human constitutions which contradict his laws, we are in conscience bound to disobey. Such have been the adjudications of our courts of justice. And cited 8 Co. 118. a. Bonham's case. Hob. 87; 7 Co. 14. a. Calvin's case."*

cf: **City of Chicago v. Collins** 175 Ill. 445 (Ill. 1898)
*a license may be exacted for vehicles used in the transportation of goods and merchandise, or of passengers, or for other purposes of traffic; but no reason exists why it should be applied to the owners of private vehicles used for their individual use exclusively, in their own business, or for their own pleasure, as a means of locomotion.*
*Anything which cannot be enjoyed without legal authority would be a mere privilege, which is generally evidenced by a license. The use of the public streets of a city is not a privilege, but a right.*
*A license, therefore, implying a privilege, cannot possibly exist with reference to something which is a right, free and open to all, as is the right of the citizen to ride and drive over the streets of the city without charge and without toll, provided he does so in a reasonable manner. That such a right exists in Chicago is recognized in Smith v. McDowell, 148 Ill. 51, where it was said relative to the streets of a city (p. 63):*

cf: **Hassell v. State** 149 Tex. Crim. 333 (Tex. Crim. App. 1946)
*Drivers' License Act — Information. Information alleging that defendant operated a motor vehicle upon public highway without a "driver's license" charged no offense under Drivers' License Act, since a driver's license is not known to the law because the act only authorizes issuance of operators', commercial operators', and chauffeurs' license and use of term "driver" interchangeably with term "operator" would not be authorized in view of definition in the act of term driver as meaning every person who drives or is in actual physical possession of a vehicle. There being no such license as a "driver's" license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a public highway without such a license, charges no offense.*

**CONSTITUTION OF THE STATE OF CALIFORNIA (1849)**
**ARTICLE I**
**DECLARATION OF RIGHTS**

**Sec. 1** – All men are by nature free and independent, and have certain inalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, and protecting property: and pursuing and obtaining safety and happiness.

**Sec. 2** – All political power is inherent in the people. Government is instituted for the protection, security, and benefit of the people; and they have the right to alter or reform the same, whenever the public good may require it.

**Sec. 19** – The right of the people to be secure in their persons, houses, papers and effects, against unreasonable seizures and searches, shall not be violated; and no warrant shall issue but on probable cause, supported by oath or affirmation, particularly describing the place to be searched, and the persons and things to be seized.

**Sec. 21** – This enumeration of rights shall not be construed to impair or deny others retained by the people.

### THE DECLARATION OF INDEPENDENCE—1776

*We hold these truths to be **self-evident, that all men are created equal**, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. That to secure these rights, **Governments are instituted among Men, deriving their just powers from the consent of the governed,***

**(6)Motor vehicle.—**
*The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.*

**(10)Used for commercial purposes.—**
*The term "used for commercial purposes" means the carriage of persons or property for any **fare, fee, rate, charge** or other consideration, or directly or indirectly in connection with any **business, or other undertaking intended for profit.***

*"**TO DRIVE**" is to go on the roads by a motorized conveyance doing business or being engaged in commerce, and it is a privilege. "**To travel**", on the other hand, is a right, and no legislation can be passed to strip you of your fundamental, inherent rights*

**"DRIVER'S LICENSE"**, is a permission granted by the STATE to DRIVERS of MOTOR VEHICLES conducting business on public roadways, highways, byways, etc.

### cf: 18 U.S. Code § 242 - Deprivation of rights under color of law

*Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

### cf: 18 U.S. Code § 241 - Conspiracy against rights

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or*
*If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(a), title XXXII,

§§ 320103(a), 320201(a), title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

**Fifth Amendment**

*The Fifth Amendment creates a number of rights relevant to both criminal and civil legal proceedings. In criminal cases, the Fifth Amendment guarantees the right to a grand jury, forbids "double jeopardy," and protects against self-incrimination. It also requires that "due process of law" be part of any proceeding that denies a citizen "life, liberty or property"* **and requires the government to compensate citizens when it takes private property for public use.**

**Fourth Amendment**

*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.*

**"Misuse of power, possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law, is action taken `under color of' state law." United States v. Classic, 313 U.S. 299, 326 (1941)**

This Affidavit is Dated _6-1-24_ A.D.
From: i [wo]man; Shianne Angol, In Full Life, sui juris,
c/o P.O. Box 916
Fullerton, California Republic [92836-0916]

### WITNESSES

We hereby testify that on this _1_ day of _June_, 2024 A.D., a [wo]man, known to us to be **Shianne-Angol,** not lost beyond the sea, but walks among us upon the land and appeared before us to attest and affirm that she is the [wo]man executing the foregoing document titled, **"AFFIDAVIT OF TRUTH & FACT."**

as woman _Jacquelynn Green_      as man _Bleuze Angol_

Los Angeles, California Republic      Los Angeles, California Republic

*Affidavit pursuant to 29 United States Code, Title 1746*

> *See Dickerson vs. Wainwright,* 626 F.2d Title 1184, *held* affidavit sworn true and correct under penalty of perjury has full force of law and does not have to be verified by Notary Public to have same effect.



# AFFIDAVIT OF TRUTH & FACT

## Silence is Acquiescence, Agreement, and Dishonor

i, [wo]man, Shianne Angol the aggrieved party, hereinafter "Aggrieved Party," does hereby solemnly affirm, declare, and state as follows:

1. Aggrieved Party is competent to state the matters set forth herewith.
2. Aggrieved Party has personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct, and complete in accordance with Aggrieved Party's best firsthand knowledge and understanding, and if called upon to testify as a witness Aggrieved Party shall so state.

Notice is hereby given that failure or refusal to contest this AFFIDAVIT OF TRUTH & FACT within twenty (20) days on a point-for-point basis shall be construed as constructive silence and concealment of incriminating evidence and shall create the legal presumption or conclusion that the authorities stated by the 77th Division Police Department do not exist and that the Peace Officer(s) has/have acted individually under color of law or under pretense of law.

## IMPORTANT NOTICE:

Receipt of this AFFIDAVIT OF TRUTH & FACT requires a response as stipulated above, acquiescence will be your answer to all below statements if respondents fail or refuse to provide a written response in the form of a rebuttal Affidavit. Acquiescence means *"A person's tacit or passive acceptance; implied consent to an act."* Review **Morris vs. NCR, 44 SW2d 433** which states: *"An Affidavit if not contested in a timely manner is considered undisputed facts as a matter of law."*

**Per Ryder v. United States, 115 S. Ct. 2031, 132 L. Ed .2d 136,515 U.S. 177, i am required to initiate a direct challenge to the authority of anyone representing himself or herself as a government officer or agent prior to the finality of any Proceeding in order to avoid implications of de facto officer doctrine, When Challenged, those alleging to be government officers and agents are required to Affirmatively prove whatever authority they claim. In the absence of proof, they May be held accountable for consequential loss, injury, and damages.**

## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT, NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL.

State of California          )
                             ) ss:          Incident Report # 2112-13264
County of Los Angeles        )

1. It is a fact that, there is no evidence that i, [wo]man, Shianne Angol committed a crime on or about June 2, 2021

# AFFIDAVIT OF TRUTH & FACT

2. It is a fact that, i, [wo]man, Shianne Angol was on private property located at 2151 W. Florence Ave., Los Angeles, CA 90047 At Spin Town Laundry washing my clothes on or about June 2, 2021.

3. It is a fact that, i, [wo]man, Shianne Angol my property [automobile] was stationary on or about June 2, 2021.

4. It is a fact that, i, [wo]man, Shianne Angol was not engage in any Traffic Stop. *(traffic,n.1. Commerce; trade; the sale or exchange of such things as merchandise, bills, and money. 2. The passing or exchange of goods or commodities from one person to another for an equivalent in goods or money.)*

5. It is a fact that, there is no evidence of a complaining party.

6. It is a fact that, there is no evidence of a Verified Criminal Complaint.

7. It is a fact that, there is no evidence of a Cause of Action.

8. It is a fact that, i, [wo]man, Shianne Angol was trespass upon by wrongdoers' men and/or [wo]men that was acting as Peace Officers of the 77th Division of LAPD on or about June 2, 2021.

9. It is a fact that, i, [wo]man, Shianne Angol was falsely arrested by wrongdoers' men and/or [wo]men that was acting as Peace Officers of the 77th Division of LAPD on or about June 2, 2021.

10. It is a fact that, i, [wo]man, Shianne Angol was falsely imprisonment by wrongdoers' men and/or [wo]men that was acting as Peace Officers of the 77th Division of LAPD on or about June 2, 2021.

11. It is a fact that, i, [wo]man, Shianne Angol was unlawfully restraint of my liberty by wrongdoers' men and/or [wo]men that was acting as Peace Officers of the 77th Division of LAPD on or about June 2, 2021.

12. It is a fact that, the wrongdoers' men and/or [wo]men that was acting as Peace Officers of the 77th Division of LAPD, abused their power of authority upon i, [wo]man, Shianne Angol on or about June 2, 2021.

13. It is a fact that, the State of California cannot participate as an injured party.

14. It is a fact that, the wrongdoers' men and/or [wo]men that was acting as Peace Officers of the 77th Division of LAPD was in fact acting Under Color of Law.

15. It is a fact that, i, [wo]man, Shianne Angol was assaulted by the wrongdoers' men and/or [wo]men that was acting as Peace Officers of the 77th Division of LAPD on or about June 2, 2021.

# AFFIDAVIT OF TRUTH & FACT

16. It is a fact that, there is no evidence that i, [wo]man, Shianne Angol had harmed any man and/or [wo]man on or about June 2, 2021.

17. It is a fact that, i, [wo]man, Shianne Angol was kidnap by the wrongdoers' men and/or [wo]men that was acting as Peace Officers of the 77th Division of LAPD on or about June 2, 2021.

18. It is a fact that, i, [wo]man, Shianne Angol was battered by the wrongdoers' man and/or [wo]men that was acting as Peace Officers of the 77th Division of LAPD.

19. It is a fact that, the wrongdoers' men and/or [wo]men that was acting as Peace Officers of the 77th Division of LAPD intended to inflict great bodily injury upon i, [wo]man, Shianne Angol.

20. It is a fact that, **California Government Code - GOV § 11120 & GOV § 54950 - (SAYS)** *The people of this state do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created.*

21. It is a fact that, i, [wo]man, Shianne Angol did not consent to any interaction dealing with the wrongdoers' men and/or [wo]men that was acting as Peace Officers of the 77th Division of LAPD on or about June 2, 2021. **(cf: Cruden v. Neale 2 N.C. 338 (N.C. Super. 1796)** *- There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent)*

**THE DECLARATION OF INDEPENDENCE—1776** *- We hold these truths to be **self-evident, that all men are created equal**, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. That to secure these rights, **Governments are instituted among Men, deriving their just powers from the consent of the governed,***

## CONSLUSION

It is reasonable to assume that these judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on rights belonging to the people. There is no question that a citation/ticket issued by a police officer, for no driver's license, no vehicle registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty — and is, indeed, "converting a right into a crime."

A corporate entity, whether it be a city, state, or U.S. Government, cannot testify as an injured party, thus cannot be cross-examined. As an individual, one can speak for a corporation, but cannot be an injured party. If the aggrieved party is to be subject to the alleged "criminal acts" it is concluded that no act was in fact broken.

Because there is no ratification of commencement, no plaintiff, the courts lack of personam jurisdiction and no corpus delecti thus no justiciable controversy or cause of action before the Court.

# AFFIDAVIT OF TRUTH & FACT

Not only do i believed what they've done is wrong but **cf: Title 42 Section 1983** *[Civil Action for Deprivation of Rights]*, **cf: 9th Amendment** *[People retained their Rights]*, **cf: Cruden v. Neale** *[There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent]*, **cf: Thompson v. Smith 155 Va 367 (Va 1930)***[This right is not a mere privilege which a city may permit or prohibit at will]* **cf: Campbell v. State 274 S.W..2d 401 (Tex. Crim. App. 1955)***[ We have held that there is no such license as a driver's license known to our law]*, **cf: Title 18 Section 242** *[Deprivation of rights under color of law]*, **cf: Title 18 Section 241** *[Conspiracy against rights]* said they can't interfere with the rights of the citizen of the United State, now i'm not saying i'm a citizen, but they know what they've done as a Public Official they can't even do it to the citizens of the United States, i'm not saying that, but i'm just comparing it to me as a [wo]man they can't do what they've done to me.

**Settlement Demand.** As a result of their actions, i a [wo]man Shianne Angol seeks relief in the form of a payment in the amount of **$50,000,000.00 (Fifty Million Dollars)**. This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for 20 days from the Effective Date. You may contact me at commonlawconsultant@yahoo.com if you would like to discuss this matter further.

Failure and/or refusal to answer my demand within [20 days from now] will place you men and/or [wo]men in dishonor, and you leave me no alternative but to file a lawsuit against you. In the event of a lawsuit, i intend to seek redress to the fullest extent permitted by law including, but not limited to, additional damages, legal services cost, court costs, and accrued interest

Further [wo]man says not.

This Affidavit is Dated  ̇0-20-24  A.D.
From: i [wo]man; Shianne-Angol, In Full Life, sui juris,
Care-of - P.O. Box 916
Fullerton, California Republic [92836-0916]

### WITNESSES

We hereby testify that on this 20 day of June , 2024 A.D., a [wo]man, known to us to be **Shianne-Angol,** not lost beyond the sea, but walks among us upon the land and appeared before us to attest and affirm that she is the [wo]man executing the foregoing document titled, "**AFFIDAVIT OF TRUTH & FACT.**"

as woman, Jacquelynn Green          as man Bleize Angol

Los Angeles, California Republic          Los Angeles, California Republic

***Affidavit pursuant to 29*** **United States Code, Title 1746**
> **See** ***Dickerson vs. Wainright,*** 626 F.2d Title 1184, *held* affidavit sworn true and correct under penalty of perjury has full force of law and does not have to be verified by Notary Public to have same effect.

# AFFIDAVIT OF TRUTH & FACT

Under penalty of perjury, i declare that the foregoing facts within this document/verified affidavit of Notice of Demand for Personal Responsibility Contract are true, correct and complete.

**Karen Bass**
Mayor of City of Los Angeles
200 N. Spring St.
Los Angeles, CA 90012          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0054 9333 13

**Rob Bonta**
State of California Attorney General
1300 "I" Street
Sacramento, CA 95814          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0054 9333 20

**Dominic Choi**
Chief of Police City of Los Angeles
100 West First Street, Suite 1072
Los Angeles, CA 90012          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0054 9333 37

**Andrian Gonzalez**
Captain III 77th Street Community Police Station
7600 S. Broadway
Los Angeles, CA 90003          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0054 9333 44

**Johnny Smith**
Captain II 77th Street Community Police Station
7600 S. Broadway
Los Angeles, CA 90003          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0054 9333 51

**Kimberly Felix**
Sergeant in charge
7600 S. Broadway
Los Angeles, CA 90003          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0054 9333 68

*Exhibit C*

i, verify, all herein be true…

# 'federal district court'

**Of the united States for central district of California**

Shianne-Angol
c/o P.O. Box 916
Fullerton, California Republic [92836-0916]

| | |
|---|---|
| a [wo]man: **Shianne-Angol**,<br>        The aggrieved party,<br>_____<br><br>**Karen Bass**: Public Servant; a human;<br>wrongdoer,<br>            **and**<br>**Rob Bonta**.: Public Servant; a human;<br>wrongdoer,<br>            **and**<br>**Dominic Choi**: Public Servant; a human;<br>wrongdoer,<br>            **and**<br>**Andrian Gonzalez**: Public Servant; a human;<br>wrongdoer,<br>            **and**<br>**Johnny Smith**: Public Servant; a human;<br>wrongdoer,<br>            **and**<br>**Kimberly Felix**: Public Servant; a human;<br>wrongdoer,<br>            **and**<br>**STATE OF CALIFORNIA**<br>        Wrongdoer/Plaintiff,<br>            **and**<br>Others Wrongdoers: Public Servants;<br>State Employees; State Actors; humans;<br>_____ | **LAPD 77TH DIVISION<br>INCIDENT REPORT # 2112-13264**<br><br><br>**AFFIDAVIT OF NOTICE OF DEFAULT**<br><br><br>**Per Ryder v. United States, 115 S. Ct. 2031, 132<br>L. Ed .2d 136,515 U.S. 177**<br>*i am required to initiate a direct challenge to the<br>authority of anyone representing<br>himself or herself as a government officer or agent<br>prior to the finality of any<br>Proceeding in order to avoid implications of de<br>facto officer doctrine, When<br>Challenged, those alleging to be government<br>officers and agents are required to<br>Affirmatively prove whatever authority they claim.<br>In the absence of proof, they<br>May be held accountable for<br>consequential loss, injury, and damages* |

**"Indeed, no more than (affidavits) is necessary to make the prima facie case."**
United States v. Kis, 658 F. 2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S.
Ct. March 22, 1982

**Silence is Acquiescence, Agreement, and Dishonor**

**Greetings:**

On June 20, 2024, the aggrieved party, Shianne-Angol delivered to you, wrongdoers Karen Bass, and Dominic Choi, and sent to you wrongdoers Rob Bonta, Andrian Gonzalez, Johnny Smith, and you Kimberly Felix a DOCUMENT NAME / **Affidavit of Truth & Fac**t which you wrongdoers Karen Bass, and Dominic Choi received on **June 20, 2024**, and you wrongdoers Rob Bonta, Andrian Gonzalez, Johnny Smith, and you Kimberly Felix received on ***June 27, 2024.****(when the notice arrived)* wrongdoers ignored and refuse to rebut the **Affidavit of Truth & Fact,** then the aggrieved party, Shianne-Angol, sent wrongdoers Rob Bonta, Karen Bass, Dominic Choi, Andrian Gonzalez, Johnny Smith, and Kimberly Felix, a DOCUMENT NAME / **Notice of Fault and Opportunity to Cure and Contest Acceptance** which delivered to wrongdoers, Karen Bass, Rob Bonta and Dominic Choi on ***August 8, 2024***, and wrongdoers Andrian Gonzalez*,* Johnny Smith*,* and Kimberly Felix on ***August 7, 2024*** (*when the notice arrived*). The wrongdoers have instituted no rebuttal by Affidavit therefore the wrongdoers have acquiesced and is in statutory default.

This **Affidavit of Notice of Defaul**t shall be evidence that the aggrieved party, Shianne-Angol is correct in her analysis of the law and other inquiries contained within therein.  By this Affidavit of Notice of Default, the wrongdoer's is estopped from any further action against the aggrieved party, Shianne-Angol and is without judicial standing, as no controversy in law or material fact between the two Parties exist.

The aggrieved party, Shianne-Angol, is given an additional Three (3) days to contest the acceptance as to the stipulated agreement based upon silence, acquiescence, and therein tacit agreement. The wrongdoers are Noticed that wrongdoers are in Default, failed to contest acceptance and is in agreement to the aggrieved party, Shianne-Angol.

**Failure and/or refusal** to cure this fault within Three (**3**) days will place you, wrongdoers Karen Bass, Dominic Choi, Rob Bonta, Andrian Gonzalez, Johnny Smith, and you Kimberly Felix in dishonor, and thus constitute an admission of damage and injury to the aggrieved party, Shianne-Angol in the amount of **$50,000,000.00 (Fifty Million Dollars)**.

**Trespass, Kidnap, Assault and battery, False Arrest, False Imprisonment, unlawful restraint of liberty, and bad faith**

**Reserving ALL-Natural God-Given Unalienable Birthrights, Waiving None, Ever.**
Further man says not.

**Without Prejudice, Without Recourse**
*"I reserve my right not to be compelled to perform under any contract, commercial agreement or bankruptcy that I did not enter knowingly, voluntarily, and intentionally. And furthermore, I do not and will not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement or bankruptcy."*

### WITNESSES

We hereby testify that on this ___23___ day of ___Sept_____, 2024 A.D., A man, known to us to be **Shianne-Angol,** not lost beyond the sea, but walks among us upon the land and appeared before us to attest and affirm that she is the [wo]man executing the foregoing document titled, **"Affidavit of Notice of Default."**

as [wo]man, _Jacquelynn Green_____          as man _Blaize Angol_____
Los Angeles, California Republic                     Los Angeles, California Republic

This Affidavit is Dated _9-23-24_____ A.D.
From: i [wo]man; Shianne-Angol, In Full Life, sui juris,
Care-of - P.O. Box 916
Fullerton, California Republic [92836-0916]

***Affidavit pursuant to 29*** **United States Code, Title 1746**
***See Dickerson vs. Wainwright***, 626 F.2d Title 1184, *held* affidavit sworn true and correct under penalty of perjury has full force of law and does not have to be verified by Notary Public to have same effect.

Under penalty of perjury, i declare that the foregoing facts within this document/verified affidavit/declaration are true, correct and complete.

**Karen Bass**
Mayor of City of Los Angeles
200 N. Spring St.              VIA: CERTIFIED MAIL NO: 9589 0710 5270 0288 6515 88
Los Angeles, CA 90012

**Rob Bonta**
State of California Attorney General
1300 "I" Street
Sacramento, CA 95814          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0288 6515 95

**Dominic Choi**
Chief of Police City of Los Angeles
100 West First Street, Suite 1072
Los Angeles, CA 90012          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0288 6516 01

**Andrian Gonzalez**
Captain III 77th Street Community Police Station
7600 S. Broadway
Los Angeles, CA 90003          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0288 6516 18

**Johnny Smith**
Captain II 77th Street Community Police Station
7600 S. Broadway
Los Angeles, CA 90003          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0288 6516 25

**Kimberly Felix**
Sergeant in charge
7600 S. Broadway          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0288 6516 32
Los Angeles, CA 90003

*Exhibit D*

i, verify, all herein be true…

# 'federal district court'

### Of the united States for central district of California

Shianne-Angol
c/o P.O. Box 916
Fullerton, California Republic [92836-0916]

| | |
|---|---|
| a [wo]man: **Shianne-Angol**,<br>The aggrieved party,<br>———————————————<br>**Karen Bass**: Public Servant; a human;<br>wrongdoer,<br>**and**<br>**Rob Bonta**.: Public Servant; a human;<br>wrongdoer,<br>**and**<br>**Dominic Choi**: Public Servant; a human;<br>wrongdoer,<br>**and**<br>**Andrian Gonzalez**: Public Servant; a human;<br>wrongdoer,<br>**and**<br>**Johnny Smith**: Public Servant; a human;<br>wrongdoer,<br>**and**<br>**Kimberly Felix**: Public Servant; a human;<br>wrongdoer,<br>**and**<br>**STATE OF CALIFORNIA**<br>Wrongdoer/Plaintiff,<br>**and**<br>Others Wrongdoers: Public Servants;<br>State Employees; State Actors; humans; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

LAPD 77TH DIVISION
INCIDENT REPORT # 2112-13264

## Notice of Fault and Opportunity to Cure and Contest Acceptance

## Silence is Acquiescence, Agreement, and Dishonor

**Greetings:**

On June 20, 2024, the aggrieved party, Shianne-Angol delivered to you, wrongdoers Karen Bass,

and Dominic Choi, and on  June 24, 2024 the aggrieved party, Shianne-Angol, sent to you,

wrongdoers Rob Bonta, Andrian Gonzalez, Johnny Smith, and you Kimberly Felix, a

DOCUMENT NAME / **Affidavit of Truth & Fact** which delivered to you wrongdoers Karen

Bass on *June 20, 2024*, and Dominic Choi on *June 20, 2024*, and arrived to you, wrongdoers

Rob Bonta on *June 27, 2024*, Andrian Gonzalez on *June 27, 2024*, Johnny Smith on *June 27,*

*2024,* and you Kimberly Felix on *June 27, 2024*(when the notice arrived).

    You wrongdoers failed to perform after receiving the presentment from the aggrieved party,

Shianne-Angol, and you wrongdoers failed to perform by providing the required and necessary

**PROOFS OF CLAIM** after receiving the said DOCUMENT **Affidavit of Truth & Fact** from

the aggrieved party, Shianne-Angol, you, wrongdoers Karen Bass, Dominic Choi, Rob Bonta,

Andrian Gonzalez, Johnny Smith, and you Kimberly Felix, are now in fault, and you are in

agreement and have stipulated to the terms dated presentment through your dishonor. You have

the right to cure this fault and perform according to said terms within the Ten **(10)** days from the

receipt of this Notice of Fault.

    **Failure and/or refusal** to cure this fault within Ten (10) days will place you, wrongdoers

Karen Bass, Dominic Choi, Rob Bonta, Andrian Gonzalez, Johnny Smith, and you Kimberly

Felix in dishonor, and thus constitute an admission of damage and injury to the aggrieved party,

Shianne-Angol in the amount of ==**$50,000,000.00 (Fifty Million Dollars).**==

    **Reserving ALL-Natural God-Given Unalienable Birthrights, Waiving None, Ever.**
Further man says not.

**Without Prejudice, Without Recourse**

*"I reserve my right not to be compelled to perform under any contract, commercial agreement or bankruptcy that I did not enter knowingly, voluntarily, and intentionally. And furthermore, I do not and will not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement or bankruptcy."*

**Karen Bass**
Mayor of City of Los Angeles
200 N. Spring St.      VIA: CERTIFIED MAIL NO: 9589 0710 5270 0288 6408 96
Los Angeles, CA 90012

**Rob Bonta**
State of California Attorney General
1300 "I" Street
Sacramento, CA 95814          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0288 6408 41

**Dominic Choi**
Chief of Police City of Los Angeles
100 West First Street, Suite 1072
Los Angeles, CA 90012          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0288 6408 58

**Andrian Gonzalez**
Captain III 77th Street Community Police Station
7600 S. Broadway
Los Angeles, CA 90003          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0288 6408 65

**Johnny Smith**
Captain II 77th Street Community Police Station
7600 S. Broadway
Los Angeles, CA 90003          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0288 6408 72

**Kimberly Felix**
Sergeant in charge
7600 S. Broadway          VIA: CERTIFIED MAIL NO: 9589 0710 5270 0288 6408 89
Los Angeles, CA 90003

WITNESSES

We hereby testify that on this **26** day of ___**July**___, 2024 A.D., A man, known to us to be **Shianne-Angol,** not lost beyond the sea, but walks among us upon the land and appeared before us to attest and affirm that she is the [wo]man executing the foregoing document titled, **"Notice of Fault and Opportunity to Cure and Contest Acceptance."**

as [wo]man, _Jacquelynn Green_          as man _Blaize Angol_

Los Angeles, California Republic          Los Angeles, California Republic

This Affidavit is Dated **7-26-24** ___ A.D.
From: i [wo]man; Shianne-Angol, In Full Life, sui juris,
Care-of - P.O. Box 916
Fullerton, California Republic [92836-0916]

*Affidavit pursuant to 29 United States Code, Title 1746*
> *See Dickerson vs. Wainwright*, 626 F.2d Title 1184, *held* affidavit sworn true and correct under penalty of perjury has full force of law and does not have to be verified by Notary Public has same effect.

Under penalty of perjury, i declare that the foregoing facts within this document/verified affidavit/declaration are true, correct and complete.

**Trespass, Kidnap, Assault and battery, False Arrest, False Imprisonment, unlawful restraint of liberty, and bad faith**



